# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0344
Lower Tribunal No. 2018-CA-002083-0001-XX

_____

WILMINGTON SAVINGS FUND SOCIETY, FSB d/b/a CHRISTINA TRUST as Trustee for PNPMS TRUST I,

Appellant,

v.

URSULA ANN LANGLEY and ASPEN PROPERTIES GROUP, LLC as Trustee of APG HOLDINGS REVOCABLE TRUST,

Appellees.

_____

Appeal from the Circuit Court for Collier County.
Joseph G. Foster, Judge.

January 6, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, BROWNLEE and SMITH, JJ., concur.


Kimberly George and Shawn Taylor, of DeLuca Law Group, PLLC, Fort Lauderdale, for Appellant.

James R. Ackley, of Law Offices of James R. Ackley, P.A., West Palm Beach, for Appellee, Ursula Ann Langley.

No Appearance for Appellee, Aspen Properties Group, LLC as Trustee of APG Holdings Revocable Trust.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED